UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FRANK ALARIO,

                Plaintiff,

-against-

SI MARKET FRESH CORP. d/b/a Mignosi's
Supermarket, SAM KAKAR and
RUBY KAKAR,

                Defendants.

Case No. 18-cv-2988 (SMG)

**STIPULATION**

---

The undersigned attorneys for Plaintiff Frank Alario ("Plaintiff") and Defendants SI Market Fresh Corp. d/b/a Mignosi's Supermarket, Sam Kakar and Ruby Kakar ("Defendants") hereby agree and stipulate that they have consent to amend the settlement agreement to read as follows: -Paragraph 3. Release (page 3, second paragraph)

"Nothing in this Agreement prevents Plaintiff from filing a charge relating to the claims herein with any federal, state or local fair employment practices agency, including the United States Equal Opportunity Employment Commission ("EEOC"), or cooperating with or participating in any such proceeding. However, Plaintiff understands that by signing this Agreement, he is waiving his respective right to recover any monetary or other types of relief (including by not limited to attorneys' fees, back pay, damages, front pay and reinstatement) in connection with any such claim filed or in which he participates."

**AKIN LAW GROUP PLLC**
Attorneys for Plaintiff

By: _____
    Robert D. Salaman

Dated: December 21, 2018

**CRAWFORD BRINGSLID VANDERNEUT, LLP**
Attorneys for Defendants

By: _____
    Allyn J. Crawford

Dated: December 20, 2018